# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

NATHANIEL C. MCCLAIN,

     Petitioner,

v.                                                              4:16cv314–WS/GRJ

JULIE JONES, Secretary, Florida
Department of Corrections,

     Respondent.

_____

## ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed March 19, 2018. The magistrate judge recommends that the petitioner's § 2241 amended petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is

ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's § 2241 petition for writ of habeas corpus is DISMISSED

for lack of subject matter jurisdiction.

3.  The clerk is directed to enter judgment stating: "The petitioner's § 2241

petition for writ of habeas corpus is DISMISSED."

DONE AND ORDERED this ____19th____ day of ____April____, 2018.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE